*E-Filed 11/2/10*

1   JOSEPH W. COTCHETT (36324)
    jcotchett@cpmlegal.com
2   NANCY L. FINEMAN (124870)
    nfineman@cpmlegal.com
3   MARK C. MOLUMPHY (168009)
    mmolumphy@cpmlegal.com
4   JORDANNA G. THIGPEN (232642)
    jthigpen@cpmlegal.com
5   MATTHEW K. EDLING (250940)
    medling@cpmlegal.com
6   **COTCHETT, PITRE & McCARTHY**

7   San Francisco Airport Office Center
    840 Malcolm Road, Suite 200
8   Burlingame, CA 94010
    Phone: (650) 697-6000
9   Fax: (650) 697-0577

10  *Attorneys for Plaintiff Lisa Galaviz,*
    *derivatively on behalf of Oracle Corporation*

11

JORDAN ETH (121617)
jeth@mofo.com
PHILIP T. BESIROF (185053)
pbesirof@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Nominal Defendant*
*Oracle Corporation*

12              **UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14

15  **LISA GALAVIZ, derivatively on behalf of**
    **ORACLE CORPORATION,**

16              Plaintiff,

17  vs.

18  **JEFFREY S. BERG,**
    **H. RAYMOND BINGHAM,**
19  **MICHAEL J. BOSKIN,**
    **SAFRA A CATZ,**
20  **LAWRENCE J. ELLISON,**
    **HECTOR GARCIA-MOLINA,**
21  **JEFFREY O. HENLEY,**
    **DONALD L. LUCAS**
22  **CHARLES E. PHILLIPS, JR.,**
    **NAOMI O. SELIGMAN,**
23  **And DOES 1-5, inclusive,**

24              Defendants;
         -and-

25  **ORACLE CORPORATION**

26              Nominal Defendant.

27

28

Case No. 10-CV-3392-RS

**STIPULATION AND [PROPOSED]**
**ORDER SELECTING ADR PROCESS**

---

**Stipulation and [Proposed] Order Selecting ADR Process**

1

2         The parties have met and conferred regarding ADR process.  For the reasons discussed

3   below, the parties agree to meet and confer further regarding ADR after the Court rules on Oracle's

4   motion to dismiss.

5         On October 28, 2010, Oracle filed a motion to dismiss for improper venue based on the

6   forum-selection clause in Oracle's bylaws.  Plaintiff believes that venue is proper in the Northern

7   District of California and intends to oppose Oracle's motion.  Oracle's motion to dismiss regarding

8   venue is scheduled to be heard on December 2, 2010.

9

10        Given the current uncertainty of the pleadings, the parties agree to meet and confer further

11  regarding ADR within 60 days after the Court's ruling on Oracle's motion to dismiss.

12

13  Dated: October 29, 2010                    By: _____/s/_____
                                               MATTHEW K. EDLING
14                                             COTCHETT, PITRE & McCARTHY
                                               840 Malcolm Road
15                                             Burlingame, CA 94010
                                               Telephone: (650) 697-6000
16

17                                             *Attorneys for Plaintiff Lisa Galaviz,*
                                               *derivatively on behalf of Oracle Corporation*
18

19  Dated: October 29, 2010                    By: /s/ (with permission)_____
                                               PHILIP T. BESIROF
20                                             MORRISON & FOERSTER
                                               425 Market Street
21                                             San Francisco, CA 94105-2482
                                               Telephone: (415) 268-7000
22
                                               *Attorneys for Nominal Defendant*
23                                             *Oracle Corporation*

24

25  IT IS SO ORDERED.

26        Dated: __11/2/10_____          _____
                                            RICHARD RICHIRD SEEBORG
27                                            UNITED STATES DISTRICT JUDGE

28  _____
                                            **1**
**Stipulation and [Proposed] Order Selecting ADR Process**