| | |
|---|---|
| JOSEPH W. COTCHETT (36324) <br> jcotchett@cpmlegal.com <br> NANCY L. FINEMAN (124870) <br> nfineman@cpmlegal.com <br> MARK C. MOLUMPHY (168009) <br> mmolumphy@cpmlegal.com <br> JORDANNA G. THIGPEN (232642) <br> jthigpen@cpmlegal.com <br> MATTHEW K. EDLING (250940) <br> medling@cpmlegal.com <br> **COTCHETT, PITRE & McCARTHY** <br><br> San Francisco Airport Office Center <br> 840 Malcolm Road, Suite 200 <br> Burlingame, CA 94010 <br> Phone: (650) 697-6000 <br> Fax: (650) 697-0577 <br><br> *Attorneys for Plaintiff Lisa Galaviz,* <br> *derivatively on behalf of Oracle Corporation* | JORDAN ETH (121617) <br> jeth@mofo.com <br> PHILIP T. BESIROF (185053) <br> pbesirof@mofo.com <br> **MORRISON & FOERSTER LLP** <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 <br><br> *Attorneys for Nominal Defendant* <br> *Oracle Corporation* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA GALAVIZ, derivatively on behalf of ORACLE CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> JEFFREY S. BERG, <br> H. RAYMOND BINGHAM, <br> MICHAEL J. BOSKIN, <br> SAFRA A CATZ, <br> LAWRENCE J. ELLISON, <br> HECTOR GARCIA-MOLINA, <br> JEFFREY O. HENLEY, <br> DONALD L. LUCAS <br> CHARLES E. PHILLIPS, JR., <br> NAOMI O. SELIGMAN, <br> And DOES 1-5, inclusive, <br><br> Defendants; <br> -and- <br><br> ORACLE CORPORATION <br><br> Nominal Defendant. | Case No. 10-CV-3392-RS <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS** |

**Stipulation and [~~Proposed~~] Order Selecting ADR Process**

The parties have met and conferred regarding ADR process.  For the reasons discussed below, the parties agree to meet and confer further regarding ADR after the Court rules on Oracle's motion to dismiss.

On October 28, 2010, Oracle filed a motion to dismiss for improper venue based on the forum-selection clause in Oracle's bylaws.  Plaintiff believes that venue is proper in the Northern District of California and intends to oppose Oracle's motion.  Oracle's motion to dismiss regarding venue is scheduled to be heard on December 2, 2010.

Given the current uncertainty of the pleadings, the parties agree to meet and confer further regarding ADR within 60 days after the Court's ruling on Oracle's motion to dismiss.

Dated: October 29, 2010

By: _____/s/_____
MATTHEW K. EDLING
COTCHETT, PITRE & McCARTHY
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000

*Attorneys for Plaintiff Lisa Galaviz, derivatively on behalf of Oracle Corporation*

Dated: October 29, 2010

By: /s/ (with permission)_____
PHILIP T. BESIROF
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000

*Attorneys for Nominal Defendant Oracle Corporation*

IT IS SO ORDERED.

Dated: __11/2/10_____

_____
RICHARD RICHIRD SEEBORG
UNITED STATES DISTRICT JUDGE

**1**
**Stipulation and [Proposed] Order Selecting ADR Process**