JOSEPH W. COTCHETT (36324)
jcotchett@cpmlegal.com
NANCY L. FINEMAN (124870)
nfineman@cpmlegal.com
MARK C. MOLUMPHY (168009)
mmolumphy@cpmlegal.com
JORDANNA G. THIGPEN (232642)
jthigpen@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577

*Attorneys for Plaintiff Lisa Galaviz,
derivatively on behalf of Oracle Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA GALAVIZ, derivatively on behalf of ORACLE CORPORATION,<br><br>        Plaintiff,<br>vs.<br><br>JEFFREY S. BERG, et al.,<br><br>        Defendants;<br>   -and-<br><br>ORACLE CORPORATION,<br><br>        Nominal Defendant. | Case No. C-10-03392-RS<br><br>**STIPULATION CONSOLIDATING ACTIONS, APPOINTING CO-LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF AND RESPONSE TO CONSOLIDATED COMPLAINT** |
| PHILIP T. PRINCE, derivatively on behalf of ORACLE CORPORATION,<br><br>        Plaintiff,<br>vs.<br><br>JEFFREY S. BERG, et al.,<br><br>        Defendants;<br>   -and-<br><br>ORACLE CORPORATION,<br><br>        Nominal Defendant. | Case No. C-10-4233-RS |

**STIPULATION CONSOLIDATING ACTIONS, APPOINTING CO-LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF AND RESPONSE TO CONSOLIDATED COMPLAINT**

LAW OFFICES
COTCHETT,
PITRE,&
MCCARTHY

WHEREAS, there are currently two shareholder derivative actions on behalf of nominal defendant Oracle Corporation ("Oracle") pending in the Northern District of California, *Galaviz v. Berg, et al.*, Case No. C-10-3392-RS and *Prince v. Berg, et al.*, Case No. C-10-4233-RS; and

WHEREAS, the Court has previously determined that the Oracle derivative actions identified above are related pursuant to Local Rule 3-12(a) and all have been assigned to the Honorable Richard Seeborg; and

WHEREAS, the Oracle shareholder derivative actions identified above all arise out of the same transactions and occurrences and involve the same or substantially similar issues of law and facts, and, therefore, should be consolidated for all purposes under Fed. R. Civ. P. 42(a); and

WHEREAS, counsel for plaintiffs, nominal defendant Oracle, and certain individual defendants have met and conferred and have agreed to a schedule for filing a consolidated complaint and for briefing any motion directed at the consolidated complaint; and

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and the identified defendants, through their respective counsel of record, as follows:

**I.   CONSOLIDATION OF ACTIONS**

1. The actions of *Galaviz v. Berg, et al.*, Case No. C-10-3392-RS and *Prince v. Berg, et al.*, Case No. C-10-4233-RS are hereby consolidated for all purposes, including pretrial proceedings, trial, and appeal. The following dates shall be in effect for the consolidated action:

| | |
|---|---|
| February 10, 2011: | Last day to file Rule 26(f) Report, complete initial disclosures, and file Case Management Statement |
| February 17, 2011: | Initial Case Management Conference |

2. The captions of these consolidated actions shall be "In re Oracle Corporation Derivative Litigation" and the files of these consolidated actions shall be maintained in one file under Master File No. C-10-3392-RS. Any other actions now pending or later filed in this Court which arise out of or are related to the same facts as alleged in the above-identified cases shall be

---

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY

**STIPULATION CONSOLIDATING ACTIONS, APPOINTING CO-LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF AND RESPONSE TO CONSOLIDATED COMPLAINT**

1

consolidated for all purposes, if and when they are brought to the Court's attention, with *In re Oracle Corporation Derivative Litigation*.

3. Every pleading filed in the consolidated actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION ) <br> DERIVATIVE LITIGATION ) <br> _____ ) <br> ) <br> This Document Relates to: ) <br> ) <br> _____ ) | Master File No. C-10-3392-RS |

4. When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading is intended to be applicable to only some, but not all, of the consolidated actions, this court's docket number for each individual action to which the pleading is intended to be applicable and the abbreviated case name of said action shall appear immediately after the words "This Document Relates To:" in the caption described above.

5. A Master Docket and a Master File are hereby established for the above-consolidated proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall continue to be maintained for each of the individual actions hereby consolidated, and entries shall be made in the docket for each individual case in accordance with the regular procedures of the clerk of this Court, except as modified by this Order.

6. When a pleading is filed and the caption shows that it is applicable to "All Actions" the clerk shall file such pleading in the Master File and note such filing on the Master Docket. No further copies need be filed, and no other docket entries need be made.

LAW OFFICES
COTCHETT, PITRE, & MCCARTHY

**STIPULATION CONSOLIDATING ACTIONS, APPOINTING CO-LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF AND RESPONSE TO CONSOLIDATED COMPLAINT**

2

7. When a pleading is filed and the caption shows that it is to be applicable to fewer than all of the consolidated actions, the clerk will file such pleading in the Master File only but shall docket such filing on the Master Docket of each applicable action.

8. When a case which properly belongs as part of *In re Oracle Corporation Derivative Litigation* is filed in this Court or transferred to this Court from another court assigned to Judge Seeborg, the clerk of this Court shall:

    (a) Place a copy of this Order in the separate file for such action;

    (b) Mail to the attorneys for the plaintiff(s) in the newly filed or transferred case a copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or their counsel in the newly filed or transferred case; and

    (c) Make an appropriate entry on the Master Docket. This Court requests the assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any case which properly might be consolidated as part of *In re Oracle Corporation Derivative Litigation*.

## II. MANAGEMENT STRUCTURE

9. Plaintiffs' counsel in both actions have met and conferred regarding the management structure for the litigation and request that the Court appoint the following firms and attorney as Co-Lead Counsel for the consolidated action:

    Cotchett, Pitre & McCarthy

    Law Offices of John M. Kelson

    Jerry K. Cimmet, Esq.

## III. SCHEDULE

10. Plaintiffs shall, within twenty days following the entry of order on this stipulation, but in no case later than February 10, 2011, file and serve a consolidated complaint which will supersede all existing complaints filed in these actions. Defendants need not respond to any of

LAW OFFICES
COTCHETT,
PITRE,&
MCCARTHY

**STIPULATION CONSOLIDATING ACTIONS, APPOINTING CO-LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF AND RESPONSE TO CONSOLIDATED COMPLAINT**

3

the pre-existing complaints. Service shall be effected with respect to any named defendant by serving the consolidated complaint on that defendant's counsel.

11. Defendants shall answer or otherwise respond to the consolidated complaint no later than February 25, 2011. In the event that defendants file and serve any motions directed at the consolidated complaint, plaintiffs shall file and serve their opposition no later than March 25, 2011. If defendants file and serve a reply to plaintiffs' opposition, they will do so no later than April 14, 2011, and the hearing for defendants' motion(s), if any, will be set for April 28, 2011, or the next convenient date for the Court's schedule.

12. This schedule assumes no substantive amendments to the consolidated complaint. To the extent the consolidated complaint is substantively different than plaintiffs' original complaints, the parties shall meet and confer regarding the schedule.

13. Defendants' counsel may rely upon all agreements made with any Co-Lead Counsel appointed by this Court.

IT IS SO STIPULATED.

Dated: January 27, 2011

**COTCHETT, PITRE & MCCARTHY**
JOSEPH W. COTCHETT
Jcotchett@cpmlegal.com
NANCY L. FINEMAN
nfineman@cpmlegal.com
MARK C. MOLUMPHY
mmolumphy@cpmlegal.com
JORDANNA G. THIGPEN
jthigpen@cpmlegal.com

　　　　　　　　　　　/s/
　　　　　　MARK C. MOLUMPHY

San Francisco Airport Office Center
840 Malcolm Road, Ste. 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiff Lisa Galaviz, derivatively on behalf of Oracle Corporation*

---

LAW OFFICES
COTCHETT, PITRE,& MCCARTHY

**STIPULATION CONSOLIDATING ACTIONS, APPOINTING CO-LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF AND RESPONSE TO CONSOLIDATED COMPLAINT**

4

**JERRY K. CIMMET**
Attorney at Law
cimlaw@me.com

       /s/
———————————————
        JERRY K. CIMMET

177 Bovet Road, Ste. 600
San Mateo, CA 94402
Telephone: (650) 866-4700
Facsimile: (650) 866-4770

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this STIPULATION and [PROPOSED] ORDER. In compliance with General Order 45, X, B, I hereby attest that Jerry K. Cimmet has concurred with this filing.

**LAW OFFICES OF JOHN M. KELSON**
John M. Kelson
kelsonlaw@sbcglobal.net

       /s/
———————————————
        JOHN M. NELSON

2000 Powell Street, Ste. 1425
Emeryville, CA 94608
Telephone: (510) 465-1326
Facsimile: (510) 465-0871

*Attorneys for Plaintiff Philip T. Prince, derivatively on behalf of Oracle Corporation*

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this STIPULATION and [PROPOSED] ORDER. In compliance with General Order 45, X, B, I hereby attest that John K. Nelson has concurred with this filing.

LAW OFFICES
COTCHETT,
PITRE,&
MCCARTHY

**STIPULATION CONSOLIDATING ACTIONS, APPOINTING CO-LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF AND RESPONSE TO CONSOLIDATED COMPLAINT**

5

**MORRISON & FOERSTER**
Jordan Eth
jeth@mofo.com
Philip T. Besirof
pbesirof@mofo.com

_/s/_
JORDAN ETH

425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Defendants Jeffrey S. Berg, H. Raymond Bingham, Michael J. Boskin, Safra Catz, Lawrence J. Ellison, Hector Garcia-Molina, Jeffrey O. Henley, Donald L. Lucas, Charles L. Phillips, Charles L. Phillips, Jr., Naomi O. Seligman, and Oracle Corporation*

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this STIPULATION and [PROPOSED] ORDER. In compliance with General Order 45, X, B, I hereby attest that Jordan Eth has concurred with this filing.

LAW OFFICES
COTCHETT, PITRE, & MCCARTHY

**STIPULATION CONSOLIDATING ACTIONS, APPOINTING CO-LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF AND RESPONSE TO CONSOLIDATED COMPLAINT**

6