*E-Filed 2/18/11*

1  JORDAN ETH (Bar No. 121617)
   jeth@mofo.com
2  PHILIP T. BESIROF (Bar No. 185053)
   pbesirof@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105
   Telephone: (415) 268-7000
5  Facsimile:  (415) 268-7522

6  Attorneys for Nominal Defendant ORACLE CORPORATION
   and the INDIVIDUAL DEFENDANTS
7
   DORIAN DALEY (Bar No. 129049)
8  dorian.daley@oracle.com
   DEBORAH K. MILLER (Bar No. 95527)
9  deborah.miller@oracle.com
   JAMES C. MAROULIS (Bar No. 208316)
10 jim.maroulis@oracle.com
   ORACLE CORPORATION
11 500 Oracle Parkway
   Redwood Shores, California 94065
12 Telephone: (650) 506-5200
   Facsimile:  (650) 506-7114
13
   Attorneys for Nominal Defendant ORACLE CORPORATION
14

15                 UNITED STATES DISTRICT COURT

16            FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18 | In re ORACLE CORPORATION DERIVATIVE LITIGATION | Master File No. C-10-3392-RS |

19                                    **STIPULATION AND
                                      [PROPOSED] ORDER
20                                    EXTENDING TIME TO
                                      RESPOND TO COMPLAINT**
21

22

23

24

25

26

27

28

**STIPULATION**

WHEREAS, the complaint in *Galaviz v. Berg, et al.*, No. C-10-3392 RS, was filed in this Court on August 2, 2010, against Jeffrey S. Berg, H. Raymond Bingham, Michael J. Boskin, Safra A. Catz, Lawrence J. Ellison, Hector Garcia-Molina, Jeffrey O. Henley, Donald L. Lucas, Charles E. Phillips, Jr., and Naomi O. Seligman (the "Individual Defendants"); and Nominal Defendant Oracle Corporation ("Oracle") (collectively, the "Defendants"); and

WHEREAS, the complaint in *Prince v. Berg et al.*, No. C-10-4233 RS, was filed in the Superior Court for the State of California for San Mateo County on August 19, 2010, against the Defendants; and

WHEREAS, on September 20, 2010, Oracle removed *Prince v. Berg, et al.* to this Court; and

WHEREAS, on February 8, 2011, this Court ordered the two actions consolidated for all purposes; and

WHEREAS, the Court ordered Plaintiffs to file a Consolidated Complaint no later than February 10, 2011; and

WHEREAS, the Court ordered Defendants to respond to the Consolidated Complaint no later than February 25, 2011; and

WHEREAS, the briefing schedule Court's February 8, 2011 Order assumed no substantive amendments to the consolidated complaint; and

WHEREAS, the Court ordered the parties to meet and confer regarding the schedule if the Consolidated Complaint differed from the original complaints; and

WHEREAS, Plaintiffs filed their Consolidated Complaint on February 10, 2011; and

WHEREAS, the Consolidated Complaint adds approximately 65 paragraphs, comprising approximately 22 pages, of allegations concerning matters not described in the original complaints;

WHEREAS, the parties have accordingly met and conferred pursuant to the Court's February 8, 2011 Order, and have agreed to an extension of the deadline for the filing of Defendants' response;

STIPULATION AND [P~~ROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
Master File No. C-10-3392-RS
sf-2958297

1    *WHEREAS*, the agreed-upon extension is not for the purpose of delay, promotes judicial

2    efficiency, and will not cause prejudice to any party; and

3        *WHEREAS*, the Case Management Conference in this action is currently scheduled for

4    June 2, 2011, the date the parties propose for the hearing on Defendants' motions;

5        THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Defendants have up

6    through and including March 31, 2011, to respond to the Consolidated Complaint.  Plaintiffs shall

7    file and serve their opposition no later than April 28, 2011.  Defendants shall file and serve their

8    reply, if any, no later than May 19, 2011.  The hearing on Defendants' motions, if any, will be

9    held on June 2, 2011, or at another date convenient for the Court.

10        The parties note that, under this proposed schedule, both the hearing on Defendants'

11   motions to dismiss and the case management conference are set for June 2, 2011.  It may be more

12   convenient for the Court to schedule the hearing on Defendants' motions to dismiss and the case

13   management conference at the same time on June 2, 2011.

14

15   Dated: February 17, 2011                    MORRISON & FOERSTER LLP

16
                                                 By:   /s/ Philip T. Besirof
17                                                     Philip T. Besirof

18                                               Attorneys for Nominal Defendant
                                                 ORACLE CORPORATION; and
19                                               Individual Defendants JEFFREY S.
                                                 BERG, H. RAYMOND BINGHAM,
20                                               MICHAEL J. BOSKIN, SAFRA A.
                                                 CATZ, LAWRENCE J. ELLISON,
21                                               HECTOR GARCIA-MOLINA, JEFFREY
                                                 O. HENLEY, DONALD L. LUCAS,
22                                               CHARLES E. PHILLIPS, JR., and
                                                 NAOMI O. SELIGMAN
23

24   Dated: February 17, 2011                    COTCHETT, PITRE & McCARTHY, LLP

25
                                                 By:   /s/  Jordanna G. Thigpen
26                                                     Jordanna G. Thigpen
27
                                                 Co-Lead Counsel for Plaintiffs
28

2

1    **IT IS SO ORDERED.**

2    Dated _ 2/18/11 _____                        _____
                                                              Hon. Richard Seeborg
3                                                          United States District Court

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                     3