*E-Filed 4/12/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re ORACLE CORPORATION DERIVATIVE LITIGATION** | **Master File No. C-10-03392-RS**<br><br>[~~PROPOSED~~] **ORDER RE BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS** |

PURSUANT TO STIPULATION, IT IS SO ORDERED. Derivative Plaintiffs may file a single opposition memorandum not to exceed 50 pages, addressing Oracle's and the Individual Defendants' motions to dismiss, and Oracle and the Individual Defendants may file a single reply memorandum not to exceed 30 pages.

Dated:  4/12/11

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE