UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge: RICHARD SEEBORG**

**Date**: June 2, 2011

**Case No:** C 10-03392 RS

**Case Title**: In Re Oracle Corp. Derivative Litigation

**Appearances:**

    For Plaintiff(s): John Kelson, Jerry Cimmet, Mark Molumphy, Jordanna Thigpen

    For Defendant(s): Jordan Eth, Philip Besirof

**Deputy Clerk**: Corinne Lew      **Court Reporter**: Kathy Wyatt
**Time in Court:**  1 ½ hour

## *PROCEEDINGS*

Motion to Dismiss Hearing Held.

Case Management Conference Not held.   A Further Case Management Conference will be set in the court's order.

MOTION/MATTER: ( ) Granted
                      ( ) Denied
                      ( ) Granted in part/Denied in part
                      **(X) Taken under submission**
                      ( ) Withdrawn/Off Calendar
                      () Continued to:

Order to be prepared by:      ( ) Plaintiff    ( ) Defendant    **(X ) Court**