JOSEPH W. COTCHETT (36324)
jcotchett@cpmlegal.com
NANCY L. FINEMAN (124870)
nfineman@cpmlegal.com
MARK C. MOLUMPHY (168009)
mmolumphy@cpmlegal.com
JORDANNA G. THIGPEN (232642)
jthigpen@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Phone:  (650) 697-6000
Fax:     (650) 697-0577

JOHN M. KELSON (75462)
kelsonlaw@sbcglobal.net
**LAW OFFICES OF JOHN M. KELSON**
2000 Powell Street, Suite 1425
Emeryville, CA 94608
Phone: (510) 465-1326
Fax:     (510) 465-0871

**JERRY K. CIMMET** (33731)
cimmet@att.net
Attorney at Law
177 Bovet Road, Suite 600
San Mateo, CA  94402
Phone: (650) 866-4700
Fax:     (650) 866-4770

*Attorneys for Plaintiffs Lisa Galaviz and
Philip T. Prince*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re ORACLE CORPORATION DERIVATIVE LITIGATION | <u>**Master File No. C-10-03392-RS**</u><br><br>**<u>ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED</u>**<br><br>**(Civil Local Rule 3-12)** |

Pursuant to Civil Local Rule 3-12(b) and pursuant to Section I, sub-section 3 of this Court's Order Consolidating Actions, Appointing Co-Lead Counsel, and Setting Schedule for Filing of and Response to Consolidated Complaint, filed herein on February 8, 2011, Plaintiffs Lisa Galaviz and Philip T. Prince, derivatively on behalf of Oracle Corporation, the Plaintiffs in the above-captioned

derivative case (the "*Oracle Corporation Derivative Litigation*" action), move the Court to relate the case entitled *Scott Ozaki v. Lawrence J. Ellison, et al.*, Case No. CV-11-4493-JSC, filed in this court on September 8, 2011 (the "*Ozaki*" action), to the *Oracle Corporation Derivative Litigation*.

Local Rule 3-12(a) states that an action is related to another when:

1) the actions concern substantially the same parties, property, transaction, or event; and

2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

In Section I, sub-section 3 of its Order filed in the *Oracle Corporation Derivative Litigation* on February 8, 2011, this Court ordered:

> 3. The terms of this order shall apply to actions later instituted in, removed to, or transferred to this Court that involve the same or substantially similar issues of law and fact, subject to applicable rules. Counsel shall call to the attention of the Court and the Clerk the filing or transfer of any case which might properly be consolidated with the Consolidated Action. Mailing or other delivery of a copy of this order by counsel for defendant Oracle Corporation, or Plaintiffs' Co-Lead Counsel (see II. Below),[1] as appropriate, to the counsel in any newly-filed or transferred actions shall constitute valid notice thereof for purposes of establishing its applicability to such action in accordance herewith. The file of any such case shall be closed upon entry of an order therein confirming that it is subject to consolidation under this order.

Here, nine of the individual defendants in both lawsuits are the same: Jeffrey S. Berg, H. Raymond Bingham, Michael J. Boskin, Safra A. Catz, Lawrence J. Ellison, Hector Garcia-Molina, Jeffrey O. Henley, Donald L. Lucas, and Naomi O. Seligman. (Former Oracle Director Charles E. Phillips is named as a defendant in the *Oracle Corporation Derivative Litigation* but is not named as a defendant in the *Ozaki* action, while Oracle Directors Bruce R. Chizen and George H. Conrades are named as defendants in the *Ozaki* action but are not named as defendants in the *Oracle Corporation Derivitave Litigation.*) Both actions are purportedly brought on behalf of Oracle by alleged Oracle shareholders acting solely in their capacity as shareholders.

The complaints in both the *Oracle Corporation Derivative Litigation* and the *Ozaki* action allege that Oracle negotiated a software products and services contract with the federal government

---

[1] The court appointed the attorneys for Plaintiffs Galaviz (Cotchett, Pitre & McCarthy, LLP) and Prince (Law Offices of John M. Kelson and Jerry K. Cimmet, Attorney at Law) co-lead counsel. Order, Section II.

through the General Services Administration. According to the allegations in both complaints, Oracle failed to provide accurate information to the federal government and failed to provide the agreed-upon pricing. The plaintiffs in both the *Oracle Corporation Derivative Litigation* and the *Ozaki* action assert that during the same relevant time period (1998 to 2006), Oracle Board members authorized or recklessly ignored the company's efforts to defraud the federal government. Further, both complaints rely on and recite allegations made by the plaintiff and the Department of Justice on behalf of the United States in a *qui tam* action, entitled *Frascella v. Oracle, et al.*, Case No. 1:07cv529 (LMB/TRJ), pending in the Eastern District of Virginia.

Due to their similarity, if not treated as related, these cases are likely to require substantial duplication of labor and expense and present a potential danger of inconsistent rulings regarding the same issues of law. Given the closely related nature of each of these cases, the treatment of these actions as related would serve the interests of judicial economy and avoid the potential for conflicting rulings.

Accordingly, the Plaintiffs in the *Oracle Corporation Derivative Litigation* ask this Court to enter an order relating the *Ozaki* action to the *Oracle Corporation Derivative Litigation* action.

Dated: September 15, 2011

**COTCHETT, PITRE & MCCARTHY, LLP**
JOSEPH W. COTCHETT
jcotchett@cpmlegal.com
NANCY L. FINEMAN
nfineman@cpmlegal.com
MARK C. MOLUMPHY
mmolumphy@cpmlegal.com
JORDANNA G. THIGPEN
jthigpen@cpmlegal.com


s/ *Mark C. Molumphy*
MARK C. MOLUMPHY

*Attorneys for Plaintiff Lisa Galaviz,
derivatively on behalf of Oracle Corporation*

**JERRY K. CIMMET**
Attorney at Law
cimmet@att.net


s/ *Jerry K. Cimmet*
JERRY K. CIMMET


**LAW OFFICES OF JOHN M. KELSON**
John M. Kelson


s/ *John M. Kelson*
JOHN M. KELSON

*Attorneys for Plaintiff Philip T. Prince,
derivatively on behalf of Oracle Corporation*

**Attestation Pursuant to General Order No. 45**

Pursuant to General Order No. 45, Section X. B., I, Jerry K. Cimmet, the filer of this Administrative Motion to Consider Whether Cases Should Be Related, hereby certify and attest that concurrence in the filing of the document has been obtained from Mark C. Molumphy and John M. Kelson.

I declare under penalty of perjury that the foregoing attestation is true and correct. Executed on September 15, 2011.

s/ *Jerry K. Cimmet*
JERRY K. CIMMET