*E-Filed 12/1/11*

JOSEPH W. COTCHETT (36324)
jcotchett@cpmlegal.com
NANCY L. FINEMAN (124870)
nfineman@cpmlegal.com
MARK C. MOLUMPHY (168009)
mmolumphy@cpmlegal.com
JORDANNA G. THIGPEN (232642)
jthigpen@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577

JOHN M. KELSON (75462)
kelsonlaw@sbcglobal.net
**LAW OFFICES OF JOHN M. KELSON**
2000 Powell Street, Suite 1425
Emeryville, CA 94608
Phone: (510) 465-1326
Fax: (510) 465-0871

JERRY K. CIMMET (33731)
cimmet@att.net
Attorney at Law
177 Bovet Road, Suite 600
San Mateo, CA 94402
Phone: (650) 866-4700
Fax: (650) 866-4770

*Attorneys for Plaintiffs Lisa Galaviz and Philip T. Prince*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re ORACLE CORPORATION DERIVATIVE LITIGATION** | <u>**Master File No. C-10-03392-RS**</u><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR FILING AMENDED CONSOLIDATED SHAREHOLDER COMPLAINT**<br><br>Judge: Hon. Richard Seeborg<br>Ctrm: 3, 17th Floor |

WHEREAS, on November 9, 2011, this Court granted the Motion to Dismiss filed by nominal defendant Oracle Corporation ("Oracle") and individual defendants Jeffrey S. Berg, H. Raymond Bingham, Michael J. Boskin, Safra Catz, Lawrence J. Ellison, Hector Garcia-Molina, Jeffrey O. Henley, Donald L. Lucas, Charles L. Phillips, Charles L. Phillips, Jr., and Naomi O. Seligman ("Individual Defendants," and together with Oracle "Defendants"), with leave to amend, and further ordered that (1) Plaintiffs Lisa Galaviz and Philip T. Prince ("Plaintiffs") shall file any amended complaint within thirty days of the order or by December 9, 2011 and (2) setting a status conference for January 26, 2012; and

WHEREAS, on November 10, 2011, the Superior Court for the State of California, County of San Mateo, granted the Petition for Writ of Mandate for Inspection of Corporate Books and Records filed by Plaintiffs (the "Petition"); and

WHEREAS, a stipulation has been submitted to the Superior Court for the State of California, County of San Mateo, wherein the parties agreed, subject to approval, to extend the deadline for Oracle's Compliance with the San Mateo Court's order on Plaintiffs' Petition; and

WHEREAS, the agreed-upon schedule promotes judicial efficiency, and will not cause prejudice to any party or unnecessary delay; and

THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Defendants, through their respective counsel of record, as follows, subject to the approval of this Court:

Plaintiffs shall file the Amended Consolidated Shareholder Complaint by February 10, 2012. Plaintiffs reserve the right to request additional time for filing based on Oracle's compliance with the San Mateo Court's Order.

The parties shall appear at the status conference on January 26, 2012 as scheduled.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: December 1, 2011 | **COTCHETT, PITRE & MCCARTHY, LLP**<br>JOSEPH W. COTCHETT<br>jcotchett@cpmlegal.com<br>NANCY L. FINEMAN<br>nfineman@cpmlegal.com<br>MARK C. MOLUMPHY<br>mmolumphy@cpmlegal.com<br>JORDANNA G. THIGPEN<br>jthigpen@cpmlegal.com |

_/s/_
_____
JORDANNA G. THIGPEN

San Francisco Airport Office Center
840 Malcolm Road, Ste. 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiffs Lisa Galaviz and Philip T. Prince, derivatively on behalf of Oracle Corporation*

**JERRY K. CIMMET**
Attorney at Law
cimmet@att.net

_/s/_
_____
JERRY K. CIMMET

177 Bovet Road, Ste. 600
San Mateo, CA 94402
Telephone: (650) 866-4700
Facsimile: (650) 866-4770

I, Jordanna G. Thigpen, am the ECF user whose ID and password is being used to file this **STIPULATION TO EXTEND TIME FOR FILING AMENDED CONSOLIDATED SHAREHOLDER COMPLAINT**. In compliance with General Order 45, X, B, I hereby attest that Jerry K. Cimmet has concurred with this filing.

1                                             **LAW OFFICES OF JOHN M. KELSON**
                                            John M. Kelson
2                                             kelsonlaw@sbcglobal.net

3                                                    */s/*
                                            JOHN M. KELSON
4

5                                             2000 Powell Street, Ste. 1425
                                            Emeryville, CA 94608
                                            Telephone: (510) 465-1326
6                                             Facsimile: (510) 465-0871

7                                             *Attorneys for Plaintiffs Lisa Galaviz and Philip T.*
                                            *Prince, derivatively on behalf of Oracle*
8                                             *Corporation*

9       I, Jordanna G. Thigpen, am the ECF user whose ID and password is being used to file this

10 **STIPULATION TO EXTEND TIME FOR FILING AMENDED CONSOLIDATED**

11 **SHAREHOLDER COMPLAINT**. In compliance with General Order 45, X, B, I hereby attest

12 that John M. Kelson has concurred with this filing.

13                                             **MORRISON & FOERSTER**
                                            Jordan Eth
14                                             jeth@mofo.com
                                            Philip T. Besirof
15                                             pbesirof@mofo.com

16                                                    */s/*
                                            PHILIP T. BESIROF
17

18                                             425 Market Street
                                            San Francisco, CA 94105-2482
                                            Telephone: (415) 268-7000
19                                             Facsimile: (415) 268-7522

20                                           *Attorneys for Defendants Jeffrey S. Berg,*
                                          *H. Raymond Bingham, Michael J. Boskin,*
21                                           *Safra Catz, Lawrence J. Ellison,*
                                          *Hector Garcia-Molina, Jeffrey O. Henley,*
22                                           *Donald L. Lucas, Charles L. Phillips, Charles L.*
                                          *Phillips, Jr., Naomi O. Seligman, and Oracle*
23                                           *Corporation*

24       I, Jordanna G. Thigpen, am the ECF user whose ID and password is being used to file this

25 **STIPULATION TO EXTEND TIME FOR FILING AMENDED CONSOLIDATED**

26 **SHAREHOLDER COMPLAINT**. In compliance with General Order 45, X, B, I hereby attest

27 that Philip T. Besirof has concurred with this filing.

28

1    IT IS SO ORDERED.

3    Dated: 12/1/11					By: _____
                                            HON. RICHARD SEEBORG
                                            UNITED STATES DISTRICT JUDGE