1  [COUNSEL IDENTIFIED ON SIGNATURE PAGE]

2

3

4

5

6

7

8

9       **UNITED STATES DISTRICT COURT**

10      **NORTHERN DISTRICT OF CALIFORNIA**

11

12  **In re ORACLE CORPORATION** | **Master File No. C-10-03392-RS**
    **DERIVATIVE LITIGATION**
13                               | **STIPULATION AND**
                                 | **[PROPOSED] ORDER TO**
14                               | **EXTEND TIME FOR FILING**
                                 | **AMENDED CONSOLIDATED**
15                               | **SHAREHOLDER COMPLAINT**

16

17                               Judge: Hon. Richard Seeborg
                                 Ctrm: 3, 17th Floor

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS, on November 9, 2011, this Court granted the Motions to Dismiss filed by nominal defendant Oracle Corporation ("Oracle") and individual defendants Jeffrey S. Berg, H. Raymond Bingham, Michael J. Boskin, Safra Catz, Lawrence J. Ellison, Hector Garcia-Molina, Jeffrey O. Henley, Donald L. Lucas, Charles E. Phillips, Jr., and Naomi O. Seligman ("Individual Defendants," and together with Oracle, "Defendants"), with leave to amend, and further ordered that (1) Plaintiffs Lisa Galaviz and Philip T. Prince ("Plaintiffs") shall file any amended complaint within thirty days of the order, by December 9, 2011, and (2) setting a case management conference for January 26, 2012;

WHEREAS, on November 10, 2011, the Superior Court for the State of California, County of San Mateo, granted the Petition for Writ of Mandate for Inspection of Corporate Books and Records filed by Plaintiffs on September 12, 2011;

WHEREAS, on December 1, 2011, this Court entered the parties' stipulation extending Plaintiffs' time to file any amended complaint to February 10, 2012, and directing the parties to appear at the case management conference on January 26, 2012;

WHEREAS, a stipulation has been submitted to the Superior Court for the State of California, County of San Mateo, wherein the parties agreed, subject to approval, to further extend the deadline for Oracle's compliance with the San Mateo Court's order on Plaintiffs' Petition to February 10, 2012; and

WHEREAS, the agreed-upon schedule described below promotes judicial efficiency, and will not cause prejudice to any party or unnecessary delay.

THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Defendants, through their respective counsel of record, as follows, subject to the approval of this Court:

Plaintiffs shall file the Amended Consolidated Shareholder Complaint by March 12, 2012. Plaintiffs reserve the right to request additional time for filing based on Oracle's compliance with the San Mateo Order.

The case management conference scheduled for January 26, 2012, may be rescheduled to March 15, 2012, at 10:00 a.m., or any other date after Plaintiffs file their Amended Consolidated Shareholder Complaint that is convenient to the Court.

1     IT IS SO STIPULATED.

2  Dated: January 6, 2012                    **MORRISON & FOERSTER LLP**
                                             JORDAN ETH
3                                            PHILIP T. BESIROF

4                                            By:   /s/ Philip T. Besirof
                                                      Philip T. Besirof
5
                                             425 Market Street
6                                            San Francisco, CA 94105-2482
                                             Telephone: (415) 268-7000
7                                            Facsimile: (415) 268-7522

8                                            *Attorneys for Defendants Jeffrey S. Berg,
                                             H. Raymond Bingham, Michael J. Boskin,*
9                                            *Safra Catz, Lawrence J. Ellison, Hector
                                             Garcia-Molina, Jeffrey O. Henley, Donald L.*
10                                           *Lucas, Charles E. Phillips, Jr., Naomi O.
                                             Seligman, and Oracle Corporation*

11

12

13  Dated: January 6, 2012                   **COTCHETT, PITRE & MCCARTHY, LLP**
                                             JOSEPH W. COTCHETT
14                                           NANCY L. FINEMAN
                                             MARK C. MOLUMPHY
15                                           JORDANNA G. THIGPEN

16                                           By:   /s/  Jordanna G. Thigpen
                                                      Jordanna G. Thigpen
17
                                             San Francisco Airport Office Center
18                                           840 Malcolm Road, Ste. 200
                                             Burlingame, CA 94010
19                                           Telephone: (650) 697-6000
                                             Facsimile: (650) 697-0577

20                                           **JERRY K. CIMMET**
                                             cimlaw@me.com
21                                           177 Bovet Road, Ste. 600
                                             San Mateo, CA 94402
22                                           Telephone: (650) 866-4700
                                             Facsimile: (650) 866-4770
23
                                             **LAW OFFICES OF JOHN M. KELSON**
24                                           John M. Kelson
                                             kelsonlaw@sbcglobal.net
25                                           2000 Powell Street, Ste. 1425
                                             Emeryville, CA 94608
26                                           Telephone: (510) 465-1326
                                             Facsimile: (510) 465-0871
27
                                             *Attorneys for Plaintiffs*
28

IT IS SO ORDERED and IT IS FURTHER ORDERED that the case management conference scheduled for January 26, 2012, is continued to 10:00 a.m. on  3/15/12        , ~~2012~~.

Dated:  1/6/12              By: _____
                                 HON. RICHARD SEEBORG
                                 UNITED STATES DISTRICT JUDGE

                                \*    \*    \*

I, Philip T. Besirof, am the ECF user whose ID and password is being used to file this **STIPULATION TO EXTEND TIME FOR FILING AMENDED CONSOLIDATED SHAREHOLDER COMPLAINT**. In compliance with General Order 45, X.B., I hereby attest that Jordanna G. Thigpen has concurred with this filing.

Dated: January 6, 2012                      MORRISON & FOERSTER LLP

                                            By:   /s/ Philip T. Besirof
                                                    Philip T. Besirof