1    [COUNSEL IDENTIFIED ON SIGNATURE PAGE]

2

3

4

5

6

7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12   **In re ORACLE CORPORATION**              **Master File No. C-10-03392-RS**
     **DERIVATIVE LITIGATION**
                                              **STIPULATION AND**
13                                            **~~[PROPOSED]~~ ORDER TO STAY**
                                              **ACTION**
14

15
                                              Judge: Hon. Richard Seeborg
16                                            Ctrm:  3, 17th Floor

17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS, on November 9, 2011, the Court granted the Motions to Dismiss filed by

2    nominal defendant Oracle Corporation ("Oracle") and individual defendants Jeffrey S. Berg, H.

3    Raymond Bingham, Michael J. Boskin, Safra Catz, Lawrence J. Ellison, Hector Garcia-Molina,

4    Jeffrey O. Henley, Donald L. Lucas, Charles E. Phillips, Jr., and Naomi O. Seligman ("Individual

5    Defendants," and together with Oracle, "Defendants"), with leave to amend, and further ordered

6    that (1) Plaintiffs Lisa Galaviz and Philip T. Prince ("Plaintiffs") shall file any amended

7    complaint within thirty days of the order, by December 9, 2011, and (2) setting a case

8    management conference for January 26, 2012;

9    WHEREAS, on November 10, 2011, the Superior Court for the State of California,

10   County of San Mateo, granted the Petition for Writ of Mandate for Inspection of Corporate Books

11   and Records filed by Plaintiffs on September 12, 2011;

12   WHEREAS, on December 1, 2011, this Court entered the parties' stipulation extending

13   Plaintiffs' time to file any amended complaint to February 10, 2012, and directed the parties to

14   appear at the case management conference on January 26, 2012;

15   WHEREAS, on January 6, 2012, the Court entered the parties' stipulation extending

16   Plaintiffs' time to file any amended complaint to March 12, 2012, and rescheduling the case

17   management conference for March 15, 2012;

18   WHEREAS, the parties intend to participate in private mediation in an effort to resolve

19   Plaintiffs' claims;

20   WHEREAS, to promote judicial efficiency and to preserve Court and party resources, the

21   parties believe that the action should be stayed while the parties discuss the potential resolution of

22   Plaintiffs' claims;

23   WHEREAS, a stipulation has been submitted to the Superior Court for the State of

24   California, County of San Mateo, wherein the parties agreed, subject to approval, to stay the

25   deadline for Oracle to comply with the San Mateo Court's order on Plaintiffs' Petition while the

26   parties attempt to resolve this action; and

27   WHEREAS, the agreed-upon schedule described below will not cause prejudice to any

28   party or unnecessary delay.

STIPULATION AND [PROPOSED] ORDER TO STAY ACTION
Case No. C-10-03392-RS

sf-3101895

1        THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Defendants,

2    through their respective counsel of record, as follows, subject to the approval of this Court:

3        This action, including the deadline for Plaintiffs to file the Amended Consolidated

4    Shareholder Complaint, shall be stayed while the parties discuss the potential resolution of

5    Plaintiffs' claims.

6        Any party may lift the stay at any time by providing written notice to the other parties and

7    the Court.  Plaintiffs shall have 60 days after the date of such notice to file the Amended

8    Consolidated Shareholder Complaint, without waiver of Plaintiffs' ability to seek additional time,

9    on a showing of good cause, including the opportunity to review documents in response to their

10   Petition for Writ of Mandate, and without waiver of Defendants' ability to object.  Defendants

11   shall have 45 days from the filing of the Amended Consolidated Shareholder Complaint to file a

12   responsive pleading.  If Defendants file a motion in response to the Amended Consolidated

13   Shareholder Complaint, Plaintiffs' opposition shall be filed within 30 days of any such motion,

14   and any reply brief shall be filed within 21 days of the opposition.

15       The case management conference scheduled for March 15, 2012, at 10:00 a.m., is vacated

16   while the parties discuss the potential resolution of Plaintiffs' claims.

17       As long as this action is stayed, the parties will file with the Court a brief update of the

18   status of their efforts to resolve Plaintiffs' claims at least every 90 days.

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO STAY ACTION
Case No. C-10-03392-RS

sf-3101895

1    IT IS SO STIPULATED.

2    Dated: February 7, 2012                    **MORRISON & FOERSTER LLP**
                                                JORDAN ETH
3                                               PHILIP T. BESIROF

4                                               By:    /s/ Philip T. Besirof
                                                       Philip T. Besirof
5
                                                425 Market Street
6                                               San Francisco, CA 94105-2482
                                                Telephone: (415) 268-7000
7                                               Facsimile: (415) 268-7522

8                                               *Attorneys for Defendants Jeffrey S. Berg,*
                                                *H. Raymond Bingham, Michael J. Boskin,*
9                                               *Safra Catz, Lawrence J. Ellison, Hector*
                                                *Garcia-Molina, Jeffrey O. Henley, Donald L.*
10                                              *Lucas, Charles E. Phillips, Jr., Naomi O.*
                                                *Seligman, and Oracle Corporation*
11

12
     Dated: February 7, 2012                    **COTCHETT, PITRE & MCCARTHY, LLP**
13                                              JOSEPH W. COTCHETT
                                                NANCY L. FINEMAN
14                                              MARK C. MOLUMPHY
                                                JORDANNA G. THIGPEN
15
                                                By:    /s/  Jordanna G. Thigpen
16                                                     Jordanna G. Thigpen

17                                              San Francisco Airport Office Center
                                                840 Malcolm Road, Ste. 200
18                                              Burlingame, CA 94010
                                                Telephone: (650) 697-6000
19                                              Facsimile: (650) 697-0577

20                                              **JERRY K. CIMMET**
                                                cimlaw@me.com
21                                              177 Bovet Road, Ste. 600
                                                San Mateo, CA 94402
22                                              Telephone: (650) 866-4700
                                                Facsimile: (650) 866-4770
23
                                                **LAW OFFICES OF JOHN M. KELSON**
24                                              John M. Kelson
                                                kelsonlaw@sbcglobal.net
25                                              2000 Powell Street, Ste. 1425
                                                Emeryville, CA 94608
26                                              Telephone: (510) 465-1326
                                                Facsimile: (510) 465-0871
27
                                                *Attorneys for Plaintiffs*
28

STIPULATION AND [PROPOSED] ORDER TO STAY ACTION
Case No. C-10-03392-RS

sf-3101895

1    IT IS SO ORDERED.

2
Dated:  __2/8/12_____          By:  _____
3                                              HON. RICHARD SEEBORG
                                               UNITED STATES DISTRICT JUDGE
4

5

6

7

8

9

10

11

12                                    *        *        *

13        I, Philip T. Besirof, am the ECF user whose ID and password is being used to file this

14   **STIPULATION TO STAY ACTION**.  In compliance with General Order 45, X.B., I hereby

15   attest that Jordanna G. Thigpen has concurred with this filing.

16   Dated: February 7, 2012                    MORRISON & FOERSTER LLP

17

18                                              By:  ___/s/ Philip T. Besirof_____
                                                         Philip T. Besirof
19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO STAY ACTION
Case No. C-10-03392-RS

sf-3101895